IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   16-cv-00531-WYD-CBS

ROBERT S. STEINLE, and
JANICE A. STEINLE,

     Plaintiffs,

v.

ZIMMER INC.,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Plaintiff's motion entitled "F.R.C.P. 41 Dismissal" filed April 5, 2016 (ECF No. 13), seeking to dismiss Defendants Zimmer US, Inc. and Zimmer Biomet Holdings, Inc., is **DENIED AS MOOT** in light of the filing of the Amended Complaint for Damages & Jury Demand (ECF No. 12) which does not include these Defendants.

     Dated:  April 7, 2016.